IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01913-WJM-MEH

MICHAEL CERCE,

Plaintiff

v.

ZILLOW, INC.,

Defendant.

## NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Michael Cerce, and Defendant, Zillow, Inc., by and through their respective counsel, who hereby give notice of the voluntary dismissal of the above-captioned litigation with prejudice, each party to be responsible for its respective legal fees and costs.

Respectfully submitted this 5th day of May 2022,

| | |
|---|---|
| **s/ David J. Meretta** | **s/ Joshua B. Kirkpatrick** |
| David J. Meretta | Joshua B. Kirkpatrick |
| Miller & Law, PC | David C. Gartenberg |
| 1900 W. Littleton Blvd. | Littler Mendelson, P.C. |
| Littleton, Colorado 80120 | 1900 Sixteenth Street, Suite 800 |
| Telephone: (617) 869-0850 | Denver, CO 80202-5835 |
| Fax: (303) 722-9270 | Telephone: (303) 629-6200 |
| E-mail: dmeretta@gmail.com | Fax: (303) 362-8119 |
| | E-mail: JKirkpatrick@littler.com |
| Attorneys for Plaintiff | DGartenberg@littler.com |
| | Attorneys for Defendant |

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, a true and correct copy of the foregoing **NOTICE** was served via ECF on the following counsel for the Respondent:

    Joshua B. Kirkpatrick, Esq.
    David C. Gartenberg, Esq.
    Littler Mendelson, P.C.
    1900 Sixteenth Street, Suite 800
    Denver, CO 80202-5835
    JKirkpatrick@littler.com
    DGartenberg@littler.com

                                                     **/s/ David J. Meretta**
                                                     David J. Meretta